

Phillips & Associates, Attorneys at Law, PLLC
45 Broadway, Suite 430
New York, NY, 10006
Tel: 212-248-7431
Fax:  212-901-2107

August 7, 2024

**Via ECF**
Hon. Judge Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:    Roberts et. al. v. Genting New York, LLC**
           **Case No.: 14-cv-257 (SLT)(VMS)**

Dear Judge Matsumoto:

      I represent Plaintiffs in the above captioned suit and write in response to the Defendants' premotion letter to strike the Jury Demand relating solely to Plaintiffs' WARN Act claims. Plaintiffs do not oppose a motion to strike the jury demand under the WARN Act. As a practical matter, because Plaintiffs have made a jury demand for their New York WARN Act claims, Defendants' motion would have no affect on their rights. The New York WARN Act is more expansive and provides greater relief than the WARN Act. Thus, even if successful on their motion, the trial will still require a jury to decide Plaintiffs' New York WARN Act claims while the Court will decide the federal WARN Act claims. Plaintiffs do not object to this result.

      Thank You for Your Honor's time and attention to this matter.

                    Respectfully Submitted,

                    _____/s/Jesse C. Rose_____
                    Jesse Rose
                      Of Counsel